ments "shall be valid, irrevocable and enforceable save upon grounds as exist at law or in equity for the revocation of any contract?"

(2) Does the Superior Court's conclusion that the Pennsylvania Rules of Civil Procedure, Rule 213(e), require the consolidation of the otherwise arbitrable survival action with the non-arbitrable wrongful death action on grounds of efficiency violate the Federal Arbitration Act as it has been interpreted by the United States Supreme Court which has consistently ruled that arbitration is required when there is an agreement to arbitrate even when compelling arbitration results in duplication and piecemeal litigation?

**LEHIGH VALLEY DUAL LANGUAGE CHARTER SCHOOL, Appellee**

v.

**BETHLEHEM AREA SCHOOL DISTRICT, Appellant.**

Supreme Court of Pennsylvania.

Sept. 28, 2015.

### ORDER

PER CURIAM

**AND NOW,** this 28th day of September, 2015, the Application to Dismiss is **GRANTED.**

**Michael STOKES, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Sept. 29, 2015.

Michael Stokes, Frackville, pro se.

Alan Matthew Robinson, Jason Anthony Lambrino, Harrisburg, for Pennsylvania Board of Probation and Parole.

### ORDER

PER CURIAM.

**AND NOW,** this 29th day of September, 2015, the order of the Commonwealth Court is **AFFIRMED.**

**Robert STOCKTON, Appellant**

v.